ESHELMAN v. STATE. (No. 3596.)

(Court of Criminal Appeals of Texas. June 9, 1915.)

Appeal from District Court, Wichita County; Edgar Scurry, Judge.

Charlie Eshelman was convicted of robbery, and appeals. Reversed and remanded.

Bernard Martin and F. S. Jones, both of Wichita Falls, for appellant. C. C. McDonald, Asst. Atty. Gen., for the State.

DAVIDSON, J. Appellant was convicted of robbery; his punishment being assessed at five years' confinement in the penitentiary.

This is a companion case to Jim Sparks v. State, 177 S. W. 968, this day decided, involving the same question, and some other matters. On the authority of Sparks v. State, the judgment herein will be reversed and remanded.